DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7298
elizabeth.kurlan@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QINGYUN LIN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | No. 3:20-cv-755-SK <br><br> **JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** <br><br> Honorable Sallie Kim |

The parties, through their undersigned attorneys, submit this joint status report regarding U.S. Citizenship and Immigration Services ("USCIS") adjudication of the Forms I-526, Immigrant Petition by Alien Entrepreneur ("I-526 petition") filed by 126 individual foreign investor Plaintiffs, in five different New Commercial Enterprises ("NCE"). To date, USCIS has taken the following action:

- 23 Notices of Approval issued to individual Plaintiffs; and
- 7 Requests for Evidence ("RFE") or Notices of Intent to Deny ("NOID") that USCIS is awaiting a response from individual Plaintiffs.
- 3 I-526 petitions from individual Plaintiffs that are being reviewed by USCIS.

In sum, USCIS has taken action on 33 I-526 petitions filed by the individual Plaintiffs, and the agency anticipates that it will make final decisions on some more I-526 petitions by the individual Plaintiffs in the next several weeks.

STIPULATION TO STAY PROCEEDINGS AND ORDER
3:20-CV-755-SK                                                1

1  The parties respectfully request the Court to continue the stay of proceedings in this case for a limited time, until March 8, 2021. The additional time is necessary to allow USCIS to continue its adjudication of the individual Plaintiff's I-526 petitions. Because the agency's action may render further litigation of this case unnecessary and moot, the parties conferred and agree that judicial economy would best be served by continuing the stay of the litigation deadlines in this case until the administrative proceeding underlying this matter is resolved.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until March 8, 2021, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A continuation of the stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

DATED: January 7, 2021

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney

*Attorneys for Defendants*

DATED: January 7, 2021

*s/ Daniel B. Lundy*
DANIEL B. LUNDY
Attorney

*Attorney for Plaintiffs*

**ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the stay of proceedings in this case be continued until March 8, 2021. The parties shall provide a joint status report by March 8, 2021.

IT IS SO ORDERED.

DATED: January 7, 2021

_____
THE HON. SALLIE KIM
United States Magistrate Judge