1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH KURLAN (CABN 255869)
   Assistant United States Attorney
4
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: 415-436-7298
        Facsimile: 415-436-6748
7       elizabeth.kurlan@usdoj.gov

8  Attorneys for Defendants

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12 QINGYUN LIN, *et al.*,                    )   No. 3:20-cv-755-SK
                                             )
13        Plaintiffs,                        )
                                             )
14        v.                                 )   **JOINT STATUS REPORT AND STIPULATION**
                                             )   **TO PLACE THE CASE BACK ON THE**
15 UNITED STATES CITIZENSHIP AND             )   **COURT'S ACTIVE DOCKET AND TO SET A**
                                             )   **DATE FOR DEFENDANTS' RESPONSE TO**
16 IMMIGRATION SERVICES, *et al.*,           )   **PLAINTIFFS' COMPLAINT; ORDER**
                                             )
17        Defendants.                        )
   _____       )

18

19        The parties apologize to the Court for their delay in submitting their joint status report by

20 October 31, 2024, due to the need for the parties to confer regarding the litigation of this case.  The

21 parties, through their undersigned attorneys, submit this joint status report regarding this case involving

22 a challenge to U.S. Citizenship and Immigration Services ("USCIS") adjudication of the Form I-526,

23 Immigrant Petitions by Alien Entrepreneur ("I-526 petitions") filed by 126 individual foreign investor

24 Plaintiffs, in five different New Commercial Enterprises. Plaintiffs have not been able to determine the

25 status of the one or more remaining Plaintiff who will receive a final adjudication of their Form I-526

26 petition. Consequently, the parties conferred and stipulate to the following, subject to the Court's

27 approval:

28        1.      This case be placed back on the Court's active docket; and

   JOINT STATUS REPORT AND STIPULATION
   3:20-CV-755-SK                            1

1    2.    Defendants will file their response to Plaintiffs' complaint by December 30, 2024.

2

3    DATED:  November 1, 2024                    Respectfully submitted,[1]

4

5                                               ISMAIL J. RAMSEY
                                                United States Attorney

6
                                                */s/ Elizabeth D. Kurlan*
7                                               ELIZABETH D. KURLAN
                                                Assistant United States Attorney
8                                               Attorneys for Defendants

9

10   DATED:  November 1, 2024
                                                */s/ H. Ronald Klasko*
11                                              H. RONALD KLASKO
                                                Klasko Immigration Law Partners, LLC
12                                              Attorney for Plaintiffs

13

14

15                                   **ORDER**

16
          Pursuant to the stipulation, IT IS SO ORDERED. Defendants will file a response to Plaintiffs'
17
     complaint by December 30, 2024.
18

19
     DATE: November 4, 2024
20

21                                              SALLIE KIM
22                                              United States Magistrate Judge

23

24

25

26
     _____
27        [1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all
     signatories listed herein concur in the filing of this document.
28